**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | |
|---|---|
| JONATHAN PETERS, | : No. 467 MAL 2019 |
| | : |
| Petitioner | : |
| | : Petition for Allowance of Appeal |
| | : from the Order of the |
| v. | : Commonwealth Court |
| | : |
| | : |
| WORKERS' COMPENSATION APPEAL | : |
| BOARD (CINTAS CORPORATION), | : |
| Respondents | : |
| | : |

**ORDER**

**PER CURIAM**

    **AND NOW**, this 8th day of January, 2020, the Petition for Allowance of Appeal is

**GRANTED**. The issues, as stated by petitioner, are:

(1)    A traveling employee is entitled to a presumption that he is in the course and scope of employment when traveling to or from work unless his actions at the time of accident are so foreign and removed from his usual employment to constitute abandonment of employment. What constitutes an abandonment of employment such that a traveling employee is not entitled to benefits under the Pennsylvania Workers' Compensation Act?

(2)    A traveling employee is entitled to a presumption that he is in the course and scope of employment when traveling to or from work unless his actions at the time of the accident are so foreign and removed from his usual employment to constitute abandonment of employment. Consequently, is an injury compensable under the Pennsylvania Workers' Compensation Act when an employee is injured while returning home after attending a work-sponsored social event?